IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20199
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ENRIQUE MALDONADO ESTRADA,
also known as Perico,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-887-2
--------------------
March 29, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:*

Enrique Maldonado Estrada appeals from the district court's order denying his motion to revoke the magistrate judge's pretrial detention order. The district court's decision, which effectively adopted the reasoning of the magistrate judge, rests upon its conclusion that Estrada has not rebutted the presumption that no condition or combination of conditions will reasonably assure the safety of the community. See 18 U.S.C. § 3142(e) and (f). The district court's conclusions are supported by the

_____

        * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

record.  See United States v. Rueben, 974 F.2d 580, 586 (5th Cir.

1992).  Accordingly the district court's order is AFFIRMED.